30 A.3d 380

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jay J. DRUSS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 26, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of September, the Petition for Allowance of Appeal is hereby **GRANTED,** and the decision of the Superior Court is **VACATED.** The matter is **REMAND-ED** to the Superior Court for consideration of Petitioner's sentencing claim in light of this Court's decision in *Commonwealth v. Foster,* 17 A.3d 332 (Pa.2011) (plurality).